# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ELLIOTT HIGGINS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-01297-AWI-SAB (PC)<br><br>ORDER RE MOTION FOR SPECIAL CONSIDERATION OF 42 U.S.C. §1983 CIVIL RIGHTS ACTION<br><br>(ECF No. 11) |

Currently before the Court is Plaintiff Jonathan Elliott Higgins's motion requesting his second amended complaint, filed January 12, 2017, be immediately screened. (ECF No. 11.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable. Plaintiff's complaint will be screened in due course.

Accordingly, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated: __May 2, 2017__

UNITED STATES MAGISTRATE JUDGE